IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALEJANDRO GABRIEL LUJAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CV-142-Z-BR |
| | § | |
| JHON DOE #1, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DEFICIENCY

On July 2, 2026, Plaintiff tendered to the Clerk a filing attempting to initiate a civil rights case under 42 U.S.C. § 1983. (ECF 3).

The Court <u>temporarily</u> grants Plaintiff permission to proceed *in forma pauperis*. However, Plaintiff must cure the deficiency or deficiencies set forth in this Notice of Deficiency ("Notice"). A failure to cure the deficiency or deficiencies set forth in this Notice may result in the dismissal of Plaintiff's Complaint without further notice.

Plaintiff is instructed that the fee for filing this case in the United States District Court is $350.00. An additional administrative fee of $55.00 is charged to plaintiffs who are not granted permission to proceed *in forma pauperis*.

The Court notes that 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides that ". . . if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." The Court is required to assess and, when funds exist, collect either the entire filing fee or an initial partial filing fee and monthly installments until the prisoner has paid the entire amount of the filing fee. Thus, after the Court's review of Plaintiff's inmate trust account records, Plaintiff may be required to pay the full

filing fee pursuant to 28 U.S.C. § 1915(b)(1).

Plaintiff's Complaint and/or attachments thereto contain the deficiency or deficiencies marked in the boxes below:

☒ Plaintiff has failed to submit a properly completed *In Forma Pauperis* Data Sheet obtained from prison officials, or has failed to submit a current *In Forma Pauperis* Data Sheet. By Order of the Court, Plaintiff shall obtain and file with the Clerk **within thirty (30) days** of the date of this Notice, a current *In Forma Pauperis* Data Sheet showing the average monthly deposit and average monthly balance in Plaintiff's inmate trust account (or institutional equivalent) for the six-month period immediately preceding the date of this Notice. **The *In Forma Pauperis* Data Sheet must be certified as to accuracy and signed by an authorized official of the institution**. Plaintiff's failure to submit the *In Forma Pauperis* Data Sheet within thirty (30) days may result in dismissal of Plaintiff's Complaint without further notice. The *In Forma Pauperis* Data Sheet is available through the prison law library.

☒ Plaintiff has not paid the $405.00 filing and administrative fee and has failed to submit an Application to Proceed *In Forma Pauperis* substantially in the form currently provided by a Texas federal court, or a copy thereof. By Order of the Court, Plaintiff shall pay the $405.00 filing and administrative fee or Plaintiff shall obtain, complete, sign, and file with the Clerk **within thirty (30) days** of the date of this Notice, an Application to Proceed *In Forma Pauperis*. Plaintiff's failure to submit either the $405.00 filing and administrative fee or the required Application to Proceed *In Forma Pauperis* within thirty (30) days may result in dismissal of Plaintiff's Complaint without further notice. Plaintiff must *completely answer each question* on the Application to Proceed *In Forma Pauperis* and sign in all appropriate spaces. A copy of the

form Application to Proceed *In Forma Pauperis* is available to Plaintiff through the prison law library.

☐       Plaintiff has not properly completed the Application to Proceed *In Forma Pauperis* because Plaintiff has failed to answer *all* questions on the Application. By Order of the Court, Plaintiff shall obtain, complete, sign, and file with the Clerk **within thirty (30) days** from the date of this Notice, an Application to Proceed *In Forma Pauperis*. Plaintiff must *completely answer each question* on the Application to Proceed *In Forma Pauperis* and sign in all appropriate spaces. A copy of the form Application to Proceed *In Forma Pauperis* is available to Plaintiff through the prison law library. Plaintiff's failure to submit a properly completed Application to Proceed *In Forma Pauperis* within thirty (30) days may result in dismissal of Plaintiff's Complaint without further notice.

☐       Plaintiff has failed to sign the Application to Proceed *In Forma Pauperis*. By Order of the Court, Plaintiff shall obtain another Application to Proceed *In Forma Pauperis*, answer all questions on the form, sign it, and file it with the Clerk **within thirty (30) days** from the date of this Notice. Failure to comply with these instructions may result in dismissal of Plaintiff's Complaint without further notice.

☐       Plaintiff has failed to sign the original complaint. By Order of the Court, Plaintiff shall file with the Clerk **within thirty (30) days** of the date of this Notice, a signed Amended Complaint. Plaintiff shall answer each question on the form and shall set forth his entire complaint on the form. Plaintiff shall not incorporate by reference, or otherwise, any portion of the Complaint previously submitted and shall not attach it or any portion as an exhibit. Plaintiff's failure to comply will be viewed as a failure to prosecute and will lead to dismissal of the instant cause. **The**

3

**Clerk's Office will forward an Amended Civil Rights Complaint Form to Plaintiff with this Order ONLY IF this box is checked**.

☒    Plaintiff has failed to utilize the form provided by the Court for the filing of a civil rights claim by a prisoner. By Order of the Court, Plaintiff shall obtain, complete, and file with the Clerk **within thirty (30) days** of the date of this Notice, an Amended Complaint on the form provided by the Court. Plaintiff shall answer each question on the form and shall set forth his entire complaint on the form. Plaintiff shall not incorporate by reference, or otherwise, any portion of the Complaint previously submitted and shall not attach it or any portion as an exhibit. Plaintiff shall utilize the form(s) provided by the Court. Plaintiff's failure to cure this defect within thirty (30) days will be viewed as a failure to prosecute and will lead to dismissal of the instant cause. **The Clerk's Office will forward an Amended Civil Rights Complaint Form to Plaintiff with this Order ONLY IF this box is checked**.

☒    Plaintiff has not attached a copy of the grievance(s) as required by question no. III of the Complaint form. Plaintiff shall file with the Clerk **within thirty (30) days** of the date of this Notice a pleading titled "Submission of Court-Ordered Documents" and shall attach to that pleading a copy of each grievance, showing the response supplied by prison officials, which he submitted concerning the claims asserted in the Complaint.

It is Further Ordered:

1.    Service of process shall be withheld pending review pursuant to 28 U.S.C. § 1915(e)(2).

2.    Plaintiff shall not file any amendments to the Complaint without prior court approval.

3.    All discovery in this case is stayed until further order.

4

4.      Plaintiff shall not file any motions for appointment of counsel until further order.

Plaintiff is advised that any notification of a change of address must be made by filing a written change of address with the Clerk. This change of address should be titled "Notice of Change of Address" and should not contain any other requests. Failure to file a change of address in the form specified will result in this case being dismissed for want of prosecution.

If the Court has indicated the Plaintiff must file an Amended Complaint on the proper form by checking the corresponding box(es) above, **the Clerk shall forward to Plaintiff a prisoner civil rights complaint form marked "AMENDED," and the Clerk shall stamp the AMENDED COMPLAINT with the appropriate Civil Action number**.

Any failure by Plaintiff to cure the deficiency or deficiencies noted above may result in the dismissal of Plaintiff's Complaint without further notice.

IT IS SO ORDERED.

ENTERED July 6, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

5